*The American Insurance Company of New-York* v. *William L. Simers et al.* J. R. WHITING, for appellant ; B. ROBINSON, for respondents. Decided that false representations made at a master's sale by a defendant in the suit, as to the situation of the property, and the amount of its rental, although such representations were disavowed by the master, will, if the purchaser is deceived thereby, be a sufficient ground for his being discharged.

*Discharging purchaser at master's sale, for false representations of defendant.*

*Master's certificate of proceedings after expiration of his term of office.*

That as a master continues in office for the period of six months after the expiration of his term of office, for the purpose of completing proceedings commenced before him previously, his certificate as to proceedings had before him after-

wards is considered as being under his official oath, and will be evidence of the matters contained therein.

Order appealed from affirmed with costs.